AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Livermore)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-MJ-1000 |
| PETER FRATUS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 6, 2020__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threatening communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Joshua J. Hubiak
*Complainant's signature*

Joshua J. Hubiak, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 15, 2020

/s/ The Honorable Marilyn Heffley
*Judge's signature*

City and state: Philadelphia, PA

HON. MARILYN HEFFLEY, USMJ
*Printed name and title*