

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215) 861-8464*
*Facsimile: (215) 861- 8618*
*E-mail Address: Robert.j.livermore@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 16, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:    United States v. Peter Fratus
                  Magistrate No. 20-1000

Dear Sirs:

Please unimpound the Arrest Warrant and Complaint in the above captioned matter, the subject has been arrested.

Thank you for your assistance in this matter.

                                            Very truly yours,

                                            WILLIAM M. McSWAIN
                                            United States Attorney

                                              /s Robert J. Livermore
                                            ROBERT J. LIVERMORE
                                            Assistant United States Attorney